# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| TERRY ELDRIDGE, ) | |
| ) | |
| Petitioner, ) | |
| vs. ) | 2:10-cv-192-JMS-DKL |
| ) | |
| SUPERINTENDENT, Putnamville ) | |
| Correctional Facility, ) | |
| ) | |
| Respondent. ) | |

# E N T R Y

There was no error of law or of understanding the claims or the underlying record in the recent denial of Terry Eldridge's petition for writ of habeas corpus or the denial of a certificate of appealability. No new evidence has been offered. Accordingly, the petitioner's motion to alter or amend [31] is **denied**. *Harrington v. City of Chicago,* 433 F.3d 542, 546 (7th Cir. 2006)(AAltering or amending a judgment under Rule 59(e) is permissible when there is newly discovered evidence or there has been a manifest error of law or fact.@)(citing *Bordelon v. Chicago Sch. Reform Bd. of Trs.,* 233 F.3d 524, 529 (7th Cir. 2000)).

**IT IS SO ORDERED.**

Date: 02/03/2012

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution:**

Terry Eldridge
#954923
Putnamville Correctional Facility
1946 West U.S. 40
Greencastle, IN 46135

james.martin@atg.in.gov